## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rolland T. Cheesman III aka Rolland Cheesman aka Rolland Cheesman, III aka Rolland Thomas Cheesman, III aka Rolland T. Cheesman aka Rolland Thomas Cheesman<br>Deiatra D. Cheesman aka Deiatra Dorothy Cheesman aka Deiatra Cheesman<br>Debtor(s) | BK NO. 21-01181 HWV<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

Respectfully submitted,


/s/ Rebecca Solarz
Rebecca Solarz
07 Jun 2021, 13:39:34, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322