# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 21-01181 |
| **Rolland T. Cheesman, III AKA Rolland Cheesman, AKA Rolland Cheesman, III, AKA Rolland Thomas Cheesman, III, AKA Rolland T. Cheesman, AKA Rolland Thomas Cheesman** | Chapter 13 |
| | Judge Henry W. Van Eck |
| | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Deiatra D. Cheesman AKA Deiatra Dorothy Cheesman, AKA Deiatra Cheesman** | |
| **Debtor(s)** | |
| **JPMorgan Chase Bank, N.A.** | Related Document # |
| **Movant,** | |
| vs | |
| **Rolland T. Cheesman, III AKA Rolland Cheesman, AKA Rolland Cheesman, III, AKA Rolland Thomas Cheesman, III, AKA Rolland T. Cheesman, AKA Rolland Thomas Cheesman** | |
| **Deiatra D. Cheesman AKA Deiatra Dorothy Cheesman, AKA Deiatra Cheesman** | |
| **Jack N Zaharopoulos (Trustee)** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC

21-011760_PS

P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

21-011760_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 21-01181 |
| **Rolland T. Cheesman, III AKA Rolland Cheesman, AKA Rolland Cheesman, III, AKA Rolland Thomas Cheesman, III, AKA Rolland T. Cheesman, AKA Rolland Thomas Cheesman** | Chapter 13 |
| | Judge Henry W. Van Eck |
| | * * * * * * * * * * * * * * * * * * |
| **Deiatra D. Cheesman AKA Deiatra Dorothy Cheesman, AKA Deiatra Cheesman** | |
| **Debtor(s)** | |
| **JPMorgan Chase Bank, N.A.** | Related Document # |
| **Movant,** | |
| vs | |
| **Rolland T. Cheesman, III AKA Rolland Cheesman, AKA Rolland Cheesman, III, AKA Rolland Thomas Cheesman, III, AKA Rolland T. Cheesman, AKA Rolland Thomas Cheesman** | |
| **Deiatra D. Cheesman AKA Deiatra Dorothy Cheesman, AKA Deiatra Cheesman** | |
| **Jack N Zaharopoulos (Trustee)** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos (Trustee), Chapter 13 Trustee, jacknchicago@gmail.com

Vincent Rubino, Attorney for Rolland T. Cheesman, III AKA Rolland Cheesman, AKA Rolland Cheesman, III, AKA Rolland Thomas Cheesman, III, AKA Rolland T. Cheesman,

21-011760_PS

AKA Rolland Thomas Cheesman and Deiatra D. Cheesman AKA Deiatra Dorothy Cheesman, AKA Deiatra Cheesman, VRubino@newmanwilliams.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Rolland T. Cheesman, III AKA Rolland Cheesman, AKA Rolland Cheesman, III, AKA Rolland Thomas Cheesman, III, AKA Rolland T. Cheesman, AKA Rolland Thomas Cheesman and Deiatra D. Cheesman AKA Deiatra Dorothy Cheesman, AKA Deiatra Cheesman, 156 Melrose Drive, Scotrun, PA  18355

/s/ Adam B. Hall

21-011760_PS