Certificate Number: 12433-PAM-DE-035787281

Bankruptcy Case Number: 21-01181


12433-PAM-DE-035787281

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 25, 2021, at 12:23 o'clock PM EDT, Rolland T. Cheesman, III completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   June 25, 2021                By:   /s/Lance Brechbill

                                     Name:   Lance Brechbill

                                     Title:   Teacher