Certificate Number: 12433-PAM-DE-035787282

Bankruptcy Case Number: 21-01181



12433-PAM-DE-035787282

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 25, 2021, at 12:23 o'clock PM EDT, Deiatra D. Cheesman completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  June 25, 2021             By:  /s/Lance Brechbill

                                 Name:  Lance Brechbill

                                 Title:  Teacher