**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | CHAPTER 13 |
| ROLLAND T. CHEESMAN III, | : | |
| a/k/a ROLLAND THOMAS CHEESMAN III, | : | CASE NO. 5:21-bk-01181 |
| a/k/a ROLLAND THOMAS CHEESMAN, | : | |
| a/k/a ROLLAND T. CHEESMAN, | : | |
| a/k/a ROLLAND CHEESMAN, | : | |
| a/k/a ROLLAND CHEESMAN III, and | : | |
| DEIATRA D. CHEESMAN, | : | |
| a/k/a DEIATRA DOROTHY CHEESMAN, | : | |
| a/k/a DEIATRA CHEESMAN, | : | |
| DEBTOR(S) | : | |

## NOTICE

The confirmation hearing on the First Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: October 6, 2021                    Time: 9:30 a.m.

Location: Courtroom No. 2, 197 South Main Street, Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: **September 29, 2021**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: August 31, 2021

Filed by: /s/ Vincent Rubino, Esq.
Newman Williams, P.C.
Attorneys for Debtor(s)
PO Box 511,712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090
vrubino@newmanwilliams.com