United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Rolland T. Cheesman, III<br>Deiatra D. Cheesman<br>    Debtors | Case No. 21-01181-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 11, 2022 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Trevor B. Rockstad, Davis & Crump, P.C., 260 14th Street, Gulfport, MS 39501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 13, 2022 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Rolland T. Cheesman III rkidwell@newmanwilliams.com, rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Deiatra D. Cheesman lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

Vincent Rubino
    on behalf of Debtor 1 Rolland T. Cheesman III
    lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
ROLLAND T. CHEESMAN III,
a/k/a ROLLAND THOMAS CHEESMAN III,
a/k/a ROLLAND THOMAS CHEESMAN,
a/k/a ROLLAND T. CHEESMAN,
a/k/a ROLLAND CHEESMAN,
a/k/a ROLLAND CHEESMAN III, and
DEIATRA D. CHEESMAN,
a/k/a DEIATRA DOROTHY CHEESMAN,
a/k/a DEIATRA CHEESMAN,

    DEBTORS

CHAPTER 13

CASE NO. 5:21-bk-01181-MJC

## ORDER APPROVING MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Upon consideration of the Motion to Modify Confirmed Chapter 13 Plan filed on February 9, 2022, Dkt. #39, and the Debtors having certified that Notice was sent to all creditors and parties in interest entitled to receive notice, it is hereby **ORDERED** that the Motion is **GRANTED** and the Debtors' Amended Plan filed in conjunction with the Motion is hereby approved and shall be **ADOPTED** as the Confirmed Chapter 13 Plan, as Modified.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 11, 2022