United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Rolland T. Cheesman, III  
Deiatra D. Cheesman  
    Debtors

Case No. 21-01181-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jun 13, 2025     Form ID: 3180W     Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rolland T. Cheesman, III, Deiatra D. Cheesman, 156 Melrose Drive, Scotrun, PA 18355-7780 |
| aty | | Trevor B. Rockstad, Davis & Crump, P.C., 260 14th Street, Gulfport, MS 39501 |
| 5411825 | + | QUICKEN LOANS INC, ATTN CLIENT RELATIONS, 1050 WOODWARD AVE, DETROIT, MI 48226-3573 |
| 5415779 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jun 13 2025 22:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5411815 | | EDI: BANKAMER | Jun 13 2025 22:37:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5419968 | + | EDI: BANKAMER2 | Jun 13 2025 22:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5411816 | | EDI: JPMORGANCHASE | Jun 13 2025 22:37:00 | CHASE AUTO FINANCE, PO BOX 901003, FORT WORTH, TX 76101-2003 |
| 5411817 | | EDI: CITICORP | Jun 13 2025 22:37:00 | CITI CARDS, PO BOX 70166, PHILADELPHIA, PA 19176-0166 |
| 5411818 | + | EDI: CITICORP | Jun 13 2025 22:37:00 | CITICARDS/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5411819 | + | EDI: WFNNB.COM | Jun 13 2025 22:37:00 | COMENITY BANK/ WILLIAMS SO, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5411820 | | EDI: CITICORP | Jun 13 2025 22:37:00 | DSNB/MACYS, PO BOX 8218, MASON, OH 45050 |
| 5424572 | | EDI: Q3G.COM | Jun 13 2025 22:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5411821 | + | EDI: CITICORP | Jun 13 2025 22:37:00 | HOME DEPOT CREDIT SVCS, PO BOX 790328, SAINT LOUIS, MO 63179-0328 |
| 5411822 | + | EDI: JPMORGANCHASE | Jun 13 2025 22:37:00 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5415693 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 13 2025 18:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5426089 | | EDI: JPMORGANCHASE | Jun 13 2025 22:37:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | AZ 85038-9505 |
| 5411823 | | EDI: CITICORP | Jun 13 2025 22:37:00 | L.L. BEAN MASTERCARD, PO BOX 6742, SIOUX FALLS, SD 57117-6742 |
| 5411824 | + | EDI: CITICORP | Jun 13 2025 22:37:00 | L.L. BEAN MASTERCARD/ CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5543596 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 18:38:42 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543597 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 18:38:21 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5422899 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 18:37:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5424900 | | EDI: PRA.COM | Jun 13 2025 22:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5426971 | | EDI: Q3G.COM | Jun 13 2025 22:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5411826 | + | EDI: SYNC | Jun 13 2025 22:37:00 | SYNCB/ CARE CREDIT, C/O P.O. BOX 965036, ORLANDO, FL 32896-0001 |
| 5411827 | + | EDI: SYNC | Jun 13 2025 22:37:00 | SYNCB/GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5411828 | + | EDI: SYNC | Jun 13 2025 22:37:00 | SYNCB/LOWES, PO BOX 956005, ORLANDO, FL 32896-0001 |
| 5412247 | ^ | MEBN | Jun 13 2025 18:34:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5411829 | + | EDI: WTRRNBANK.COM | Jun 13 2025 22:37:00 | TD BANK USA/TARGET CREDIT, NCD-0450, PO BOX 1470, MINNEAPOLIS, MN 55440-1470 |
| 5422895 | + | Email/Text: bncmail@w-legal.com | Jun 13 2025 18:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5411830 | + | EDI: CITICORP | Jun 13 2025 22:37:00 | THE HOME DEPOT/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5411831 | + | EDI: CITICORP | Jun 13 2025 22:37:00 | TRACTOR SUPPLY / CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543598 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543599 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5426664 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Rolland T. Cheesman  III rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Deiatra D. Cheesman lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Rolland T. Cheesman  III lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 9

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Rolland T. Cheesman III <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0450 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Deiatra D. Cheesman <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9833 <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:21–bk–01181–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rolland T. Cheesman III
aka Rolland Cheesman III, aka Rolland Cheesman, aka Rolland Thomas Cheesman III, aka Rolland Thomas Cheesman, aka Rolland T. Cheesman

Deiatra D. Cheesman
aka Deiatra Dorothy Cheesman, aka Deiatra Cheesman

6/13/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**